1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSE SALAS, as an individual and on behalf of    Case No. 15-CV-01196 --- JLT
     all others similarly situated,

12                                                    **[~~PROPOSED~~] ORDER GRANTING JOINT
                                                      STIPULATION TO CONTINUE
13              Plaintiff,                            MANDATORY SCHEDULING
                                                      CONFERENCE**

14         vs.

15   CLEAN HARBOR ENVIRONMENTAL                       (Doc. 5)
     SERVICES, INC., a corporation, and DOES 1

16   through 50, inclusive

17              Defendant.

18         Based upon the stipulation of counsel, the status conference re: consent is **CONTINUED** to

19   September 21, 2015 at 9:00 a.m.

20

21   IT IS SO ORDERED.

22      Dated:   **September 8, 2015**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28