Kenneth H. Yoon (SBN 198443)
kyoon@yoonlaw.com
Stephanie E. Yasuda (SBN 265480)
syasuda@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Tel: (213) 612-0988
Fax: (213) 947-1211

Douglas Han (SBN 232858)
dhan@justicelawcorp.com
**JUSTICE LAW CORPORATION**
411 N. Central Avenue, Suite 500
Glendale, California 91203
Tel: (818) 230-7502
Fax: (818) 230-7259

Attorneys for Plaintiff Jose Salas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALAS; as an individual and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBOR ENVIRONMENTAL SERVICES, INC. a corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:15-cv-01196-JLT<br><br>[Assigned to Hon. John A. Mendez; Courtroom 6]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF JOSE SALAS'S MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**<br><br>Date: November 18, 2015<br>Time: 9:00 a.m.<br>Place: Courtroom 6 |

# ORDER

Plaintiff Jose Salas's ("Plaintiff") Motion to Remand Case to California Superior Court came on regularly for hearing before this Court on November 18, 2015, at 9:00 a.m. in Courtroom 6 of the above entitled Court, located at 501 I Street, 14th Floor, Sacramento, California 95814.  Stephanie E. Yasuda of the Law Offices of Kenneth H. Yoon appeared on behalf of Plaintiff Jose Salas.  Hanna B. Raanan of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. appeared on behalf of Defendant Clean Harbors Environmental Services, Inc.

The Court, having considered papers and pleadings on file herein, and argument of counsel as permitted by the Local Rules, and for good cause shown, HEREBY ORDERS that the motion is GRANTED for the reasons set forth in the record.  The Court hereby remands this action back to the California Superior Court for the County of Kern.

IT IS SO ORDERED.

Dated: November 23, 2015        /s/ JOHN A. MENDEZ
                                Honorable John A. Mendez
                                United States District Court Judge